**Fill in this information to identify the case:**

Debtor name: **Chief Fire Prevention & Mechanical Corp.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **23-43851**

☒ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Connecticut Dept. of Revenue Services**<br>**450 Columbus Blvd.**<br>**Suite 1**<br>**Hartford, CT 06103**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | **Unknown** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Massachusetts Department of Revenue**<br>**200 Arlington St.**<br>**Chelsea, MA 02150**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | **Unknown** | **$0.00** |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | 23-43851 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**New Jersey Division of Taxation**<br>**3 John Fitch Way**<br>**1st Floor Lobby**<br>**Trenton, NJ 08695** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**New York State Dept of Taxation**<br>**Bankrutpcy Section**<br>**P. O. Box 5300**<br>**Albany, NY 12205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,703.00** | **$5,703.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**20 Times Rest, LLC**<br>**701 7th Avenue**<br>**New York, NY 10036** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,443.59** |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**2010 Products, Inc.**<br>**3049 Industrial Way NE**<br>**Salem, OR 97301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,994.50** |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>**453 North Realty, LLC**<br>**c/o Ryan P. Houck, Smith, Buss & Jacobs**<br>**733 Yonkers Ave. Ste. 200**<br>**Yonkers, NY 10704** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$300,000.00** |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | **23-43851** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**A. Duiepyle**<br>**PO Box 536255**<br>**Pittsburgh, PA 15253**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$665.24** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**AA Jedson**<br>**73 Crotona Avenue**<br>**Harrison, NY 10528**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,131.67** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**ADAPT Community**<br>**175 Lawrence Avenue**<br>**Brooklyn, NY 11203**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$711.07** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**ADE Group**<br>**150 Albany Avenue**<br>**Freeport, NY 11520**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$300.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Alicarte Group: Carmines 44th**<br>**1501 Broadway, Suite 5115**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,510.28** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**All Safe Fire Protection & Mechanical**<br>**375 Executive Blvd.**<br>**Elmsford, NY 10523**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,101.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**AllSafe**<br>**90 Beekman Avenue**<br>**Tarrytown, NY 10591**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$43.40** |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | 23-43851 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Alphaco Sprinkler, LLC**<br>**52 Colligni Ave.**<br>**New Rochelle, NY 10801**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,497.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**American Kitchen Ventilation**<br>**242-23 91st Ave.**<br>**Bellerose, NY 11426**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,200.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Ani Ramen Hous**<br>**230 Vesey Street**<br>**New York, NY 10080**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,099.58 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Aplebees #14**<br>**234 W. 42nd Street**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,856.26 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Arturos**<br>**1617 York Avenue**<br>**New York, NY 10028**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $58.51 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Baccarat Hotel**<br>**20 West 53rd Street**<br>**New York, NY 10019**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,261.49 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Bailey Duquette, P.C.**<br>**104 Charlton Street 1W**<br>**New York, NY 10014**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $36,512.50 |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | **23-43851** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Bar Centrale**<br>**324 West 46th Street**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,707.91** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Bergdorf Goodman**<br>**754 5th Avenue**<br>**New York, NY 10019**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,117.95** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Beyond Rest Group-ELLA**<br>**101 West 69th Street**<br>**New York, NY 10023**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,585.17** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**BHT Management**<br>**225 Bowery**<br>**New York, NY 10002**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$700.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Bill's Bar and Burger**<br>**16 West 51st Street**<br>**New York, NY 10004**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$92.55** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Bocca Di Bacco**<br>**836 9th Avenue**<br>**New York, NY 10019**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$489.36** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Bressler Amery & Ross**<br>**P.O. Box 1980**<br>**Morristown, NJ 07962**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | 23-43851 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Byline Financial Group**<br>**BIN 88205**<br>**Accounts Receivable**<br>**Milwaukee, WI 53288**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $729.18 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**CaptiveAire Systems**<br>**P.O. Box 60270**<br>**Charlotte, NC 28260**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $4,260.54 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Carpincho LLC**<br>**18484 Preston Rd., Ste. 102-103**<br>**Dallas, TX 75252**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $1,818.10 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Charlie Palmer Group**<br>**34 East 61st Street**<br>**New York, NY 10021**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $2,308.91 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**College of Mt. St. Vincent**<br>**6301 Riverdale Avenue**<br>**Bronx, NY 10471**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $115.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Cooper Electric**<br>**PO Box 415925**<br>**Boston, MA 02241**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $845.12 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Corner Table Restaurants**<br>**270 Lafayette Street, Suite 1500**<br>**New York, NY 10012**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $1,551.47 |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | 23-43851 |
|---|---|---|---|
| | Name | | |

---

**3.32** **Nonpriority creditor's name and mailing address**
Craft, LLC
43 Est 19th Street
New York, NY 10003

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,387.09

---

**3.33** **Nonpriority creditor's name and mailing address**
Croda Inc.
5871 Pine Ave. #220
Chino Hills, CA 91709

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,473.90

---

**3.34** **Nonpriority creditor's name and mailing address**
CRP Sanitation Inc.
2 Bayview Road
Cortlandt Manor, NY 10567

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$704.44

---

**3.35** **Nonpriority creditor's name and mailing address**
David Burke Tavern
135 Est 62nd Street
New York, NY 10065

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$482.86

---

**3.36** **Nonpriority creditor's name and mailing address**
Day Seckler, LLC
300 Westgate Business Center Dr. #403
Fishkill, NY 12524

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$12,500.00

---

**3.37** **Nonpriority creditor's name and mailing address**
Delight Restaurant Group
P.O. Box 781260
Wichita, KS 67278

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$756.28

---

**3.38** **Nonpriority creditor's name and mailing address**
Dolan's Fire Protection Supply, LLC
111 Squankum Yellowbrook Road
Farmingdale, NJ 07727

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$10,689.44

---

Debtor **Chief Fire Prevention & Mechanical Corp.**     Case number (if known) **23-43851**
Name

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Econ Air**<br>**PO Box 60270**<br>**Charlotte, NC 28260**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,806.94** |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Emmanuel Seventh Day Church**<br>**3301 Laconia Avenue**<br>**Bronx, NY 10469**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$960.28** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Extreme Signs and Apparel, LLC**<br>**325 Route 52**<br>**Carmel, NY 10512**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,499.43** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Fairfax**<br>**234 West 4th Street**<br>**New York, NY 10014**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$739.79** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Fed Realty Co., Inc.**<br>**3815 Wahoo Dr.**<br>**Saint Augustine, FL 32084**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$415,000.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Ferns**<br>**166 1st Avenue**<br>**New York, NY 10009**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,153.03** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**First Insurance Funding**<br>**450 Skokie Blvd., Ste. 1000**<br>**Northbrook, IL 60062**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$75,554.33** |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | 23-43851 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Frank Mitarotonda**<br>**5 Candlewood Court**<br>**Thornwood, NY 10594**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $3,222,480.00 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Grainger**<br>**Dept. 822306783**<br>**Palatine, IL 60038**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $6,723.46 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Greenber Traurig, LLP**<br>**c/o Bina Palnitkar**<br>**2200 Ross Ave., Ste. 5200**<br>**Dallas, TX 75201**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $500,000.00 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**H&S Restaurant Group**<br>**14 John Street**<br>**Stony Point, NY 10980**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $358.26 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Hyatt Corp.**<br>**150 N. Riverside**<br>**Chicago, IL 60606**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $297.60 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Ideal Kitchen and Ventilation**<br>**58-67 54th Street**<br>**Maspeth, NY 11378**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $9,750.00 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Ihop**<br>**2410 Summer Street**<br>**Stamford, CT 06905**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $967.73 |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | 23-43851 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Ill Bastardo**<br>**544 West 27th Street**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $163.31 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Jasso Lopez, PLLC**<br>**c/o Erik Lopez**<br>**950 E. State Hwy. 114, Ste. 160**<br>**Southlake, TX 76092**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,860.00 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Jean George Management, LLC**<br>**111 Prince Street**<br>**New York, NY 10012**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $190.53 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Kindred**<br>**342 East 6th Street**<br>**New York, NY 10003**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,079.95 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Kirkwood Direct, LLC**<br>**904 Main Street**<br>**Wilmington, MA 01887**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,814.00 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Koba Korean BBQ**<br>**460 Park Avenue**<br>**New York, NY 10022**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.50 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Kogi Environmental Solutions**<br>**600 Edwardia Dr.**<br>**Greensboro, NC 27409**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $10,071.56 |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | 23-43851 |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Lawrence Hospital**<br>**55 Palmer Avenue**<br>**Bronxville, NY 10708**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$381.02** |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Le Crocodile**<br>**aka Reynards**<br>**80 Wythe Avenue**<br>**Brooklyn, NY 11249**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,217.44** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Maggie**<br>**308 East 49th Street**<br>**New York, NY 10017**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$39.00** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Manhattan School of Music**<br>**120-134 Claremont Avenue**<br>**New York, NY 10027-4000**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$144.88** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**McDonalds**<br>**470 S. Fulton Avenue**<br>**Mount Vernon, NY 10550**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$560.84** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**McDonalds ACA Foods**<br>**10 Rt 22 West**<br>**Dunellen, NJ 08812**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$759.35** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Metropolitan Fire Prevention**<br>**85-06 24 1st Street**<br>**Bellerose, NY 11426**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,151.00** |

Debtor **Chief Fire Prevention & Mechanical Corp.**     Case number (if known) **23-43851**
    Name

| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Montefiore Hospital**<br>**111 East 210th Street**<br>**Bronx, NY 10467**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,589.30 |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Muhlenberg Residence**<br>**510 Atlantic Avenue**<br>**Brooklyn, NY 11217**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $574.95 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**New York Presbyterian**<br>**21 Bloomingdale Road**<br>**White Plains, NY 10605**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $538.87 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Ora Di Pasta @ The Plaza Hotel**<br>**1 West 59th Street**<br>**New York, NY 10019**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,273.78 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Our Lady of Mercy Medical Center**<br>**1870 Pelham Parkway South**<br>**Bronx, NY 10461**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $717.06 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Porch Light**<br>**853 Broadway 17th Floor**<br>**New York, NY 10003**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $4,447.54 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Rael Fire Extinguisher Corp**<br>**1750 Plaza Avenue**<br>**New Hyde Park, NY 11040**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $4,074.89 |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | 23-43851 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Recovery Solutions Group, LLC**<br>**1008 Mattllind Way**<br>**Milford, DE 19963**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $535.45 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Revolution Commercial Solutions**<br>**P.O. Box 660367**<br>**Mail Code: 5295**<br>**Dallas, TX**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,114.20 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Rin Tin Tin**<br>**14 Spring Street**<br>**New York, NY 10012**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,785.53 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**River Market Bar and Kitchen**<br>**127 W. Main Street**<br>**Tarrytown, NY 10591**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $65.74 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Romans**<br>**243 Dekalb Avenue**<br>**Brooklyn, NY 11205**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,698.40 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Royalton Park Ave**<br>**420 Park Avenue South**<br>**New York, NY 10016**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $4,487.83 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Salsa and Soul**<br>**23 Mount Vernon Avenue**<br>**Mount Vernon, NY 10550**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,517.58 |

Debtor  **Chief Fire Prevention & Mechanical Corp.**                    Case number (if known)    **23-43851**
        Name

| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Sandler Training**<br>**6114 La Salle Avenue, Suite 538**<br>**Oakland, CA 94611**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,500.00 |
|---|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**School of Visual Art**<br>**23 Lexington Avenue**<br>**New York, NY 10010**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $85.20 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Shuko**<br>**47 East 12th Stree**<br>**New York, NY 10003**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,378.29 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Sierra Solutions Group, LLC**<br>**734 East 228th Street, Unit 2C**<br>**Bronx, NY 10463**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,610.00 |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**St. James Health Center**<br>**275 Moriches Road**<br>**Saint James, NY 11780**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $755.56 |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**St. Patricks Nursing Home**<br>**66 Van Courtlandt Park South**<br>**Bronx, NY 10463**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $714.90 |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**Stanco**<br>**27-243 West 61st Street**<br>**New York, NY 10023**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,611.25 |

Debtor **Chief Fire Prevention & Mechanical Corp.** Case number (if known) **23-43851**
Name

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Staples Business Credit**<br>**P.O. Box 105638**<br>**Atlanta, GA 30348**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,222.11** |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Stew Leonards**<br>**3475 Berlin Turnpike**<br>**Newington, CT 06111**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,515.24** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Strip House**<br>**15 West 44th Street**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,198.75** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Texas de Brazil**<br>**1584 Palisades Center Drive**<br>**West Nyack, NY 10994**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$61.00** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Texas de Brazil**<br>**201 Smith Haven Mall**<br>**Lake Grove, NY 11755**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$217.25** |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**The Door**<br>**121 Avenue of the Americas**<br>**New York, NY 10013**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$490.00** |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**TIAA Bank**<br>**501 Riverside Ave.**<br>**Jacksonville, FL 32202**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,030.50** |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | 23-43851 |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.95 | **TPEG Chief 2021 Investors, LLC**<br>2102 E. State Hwy. 114, Suite 300<br>Southlake, TX 76092<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $435,000.00 |
| 3.96 | **Trefz Corporation**<br>10 Middle Street, 17th Floor<br>Bridgeport, CT 06604<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $5.00 |
| 3.97 | **Tyco Fire Protection Products**<br>Dept CH 10513<br>Palatine, IL 60055<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,092.03 |
| 3.98 | **Umami Burger**<br>156-58 North 4th Street<br>Brooklyn, NY 11211<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,455.52 |
| 3.99 | **Unified Iron, Inc.**<br>6 Roslyn Place<br>Mount Vernon, NY 10550<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,825.00 |
| 3.100 | **Union Ground**<br>270 Smith Street<br>Brooklyn, NY 11275<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.38 |
| 3.101 | **Univar Solutions**<br>62190 Collection Center Drive<br>Chicago, IL 60693<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $2,045.44 |

| Debtor | **Chief Fire Prevention & Mechanical Corp.** | Case number (if known) | 23-43851 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless**<br>**P.O. Box 489**<br>**Newark, NJ 07101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,929.54 |
| 3.103 | **Nonpriority creditor's name and mailing address**<br>**Villa Marie Claire**<br>**12 W. Saddle River Road**<br>**Saddle River, NJ 07458**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $623.70 |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>**Wantagh Inn**<br>**3264 Railroad Avenue**<br>**Wantagh, NY 11793**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $988.42 |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>**Well& by Durst**<br>**151 West 42nd Street**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,107.25 |
| 3.106 | **Nonpriority creditor's name and mailing address**<br>**West Congress Insurance Services LLC**<br>**900 Elm St., Ste. 300**<br>**Manchester, NH 03101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $20,000.00 |
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**WF Restaurants**<br>**322 West 46th Street**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $566.15 |
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**William Hird & Co, Inc.**<br>**255 40th Street**<br>**Brooklyn, NY 11232**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $42,342.00 |

Debtor **Chief Fire Prevention & Mechanical Corp.**  Case number (if known) **23-43851**
Name

| | | |
|---|---|---|
| **3.109** | **Nonpriority creditor's name and mailing address**<br>xSolutions Consulting Services, LLC<br>20 Squadron Blvd., #320<br>New City, NY 10956 | **As of the petition filing date, the claim is:** Check all that apply.  $5,253.64<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jacqueline Yecies**<br>**Akin Gump Strauss Hauer & Feld LLP**<br>**One Bryant Park**<br>**New York, NY 10036** | Line  **3.46**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Jasso Lopez, PLLC**<br>**c/o Erik Lopez**<br>**950 E. State Hwy. 114, Ste. 160**<br>**Southlake, TX 76092** | Line  **3.95**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Ryan Houck**<br>**Smith Buss & Jacobs, LLP**<br>**733 Yonkers Avenue**<br>**Suite 200**<br>**Yonkers, NY 10704** | Line  **3.43**<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 5,703.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,246,470.83 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,252,173.83 |

Fill in this information to identify the case:

Debtor name  **Chief Fire Prevention & Mechanical Corp.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **23-43851**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 16, 2024**       X  *[signature]*
                                             Signature of individual signing on behalf of debtor

                                             **Chris Boyce**
                                             Printed name

                                             **Chief Executive Officer**
                                             Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors